IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**DAVID APPLEBY,**

      **Petitioner,**

**v.**                                      **Civil Action No. 3:05cv87**
                                           **(Judge Bailey)**

**WARDEN, Northern Regional Jail
and Correctional Facility,**

      **Respondent.**

## ORDER GRANTING MOTION FOR LEAVE
## TO FILE RESPONSE OUT OF TIME

For good cause shown, the respondent's Motion for Leave to File a response out-of-time (dckt. 29) is **GRANTED** to the extent that the response filed on May 10, 2007, is deemed timely. Consequently, the petitioner's motion for default judgment (dckt. 26) is **DENIED as MOOT**.

IT IS SO ORDERED.

The Clerk is directed to mail a copy of this Order to the *pro se* petitioner.

DATED: September 14, 2007.

                                                              /s/ *John S. Kaull*
                                                              JOHN S. KAULL
                                                              UNITED STATES MAGISTRATE JUDGE